IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MICHAEL WILLIE                                                                           PLAINTIFF

V.                                                                                  NO. 4:08CV032-P-S

WARDEN OF DELTA CORRECTIONAL FACILITY                                  DEFENDANT

FINAL JUDGMENT

In accordance with the opinion issued this day, it is ORDERED

1)   Defendants' motion for summary judgment (docket entry 10) is GRANTED;

2)   Plaintiff's claims against the Defendant are dismissed; and

3)   this case is CLOSED.

IT IS SO ORDERED.

THIS the 27th day of April, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE